**No. 56470.**—Durlacher & Co., Inc. *v.* United States, protest 152875–K (New York).

Opinion by FORD, J.   It was stipulated that certain items of the merchandise consist of woven fabrics in the piece, with fibers wholly of silk, bleached, valued at more than $5.50 per pound, the same in all material respects as those passed upon in *Walter Strassburger & Co., Inc., et al.* v. *United States* (26 Cust. Ct. 210, C. D. 1326).   The claim of the plaintiff was therefore sustained.